| | |
|---|---|
| Chad S. Campbell (SBN 258723)<br>CSCampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>Telephone:  (602) 351-8000<br>Facsimile:  (602) 648-7000<br><br>Lauren Sliger (SBN 213880)<br>LSliger@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone:  (310) 788-3245<br>Facsimile:  (310) 788-3399<br><br>Amanda Tessar (Admitted *Pro Hac Vice*)<br>ATessar@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth St., Suite 1400<br>Denver, CO  80202<br>Telephone:  (303) 291-2357<br>Facsimile:  (303) 291-2487<br><br>*Attorneys for Defendants and Counterclaimants Microsoft Corporation, Fiserv, Inc., Intuit Inc., and Jack Henry & Associates, Inc.* | William J. Brown, Jr. (SBN 192950)<br>bill@bwb-lawyers.com<br>Janet S. Park (SBN 263511)<br>jpark@bwb-lawyers.com<br>BROWN, WEGNER & BERLINER LLP<br>2603 Main Street, Suite 1050<br>Irvine, CA  92614<br>Telephone:  (949) 705-0080<br>Facsimile:  (949) 794-4099<br><br>*Attorneys for Defendant and Counterclaimant Sage Software, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFISH, LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION; FISERV, INC.; INTUIT, INC.; SAGE SOFTWARE, INC.; and JACK HENRY & ASSOCIATES, INC.,<br><br>          Defendants. | Case No. CV12-7360 MRP (MRWx)<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER SECTION 112(F)**<br><br>Date:    February 13, 2014<br>Time:    1:30 P.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on February 13, 2014, at 1:30 p.m. in Courtroom 12, located at 312 N. Spring Street, Lost Angeles, California, Defendants Microsoft Corporation, Fiserv, Inc., Intuit Inc., Jack Henry & Associates, Inc., and Sage Software, Inc. (collectively, "Defendants") will and hereby do move the Court for Summary Judgment of Invalidity Under Section 112(f).

The Litigation Scheduling Order in this case, dated September 12, 2013, sets forth an elaborate schedule for the parties to prepare for summary judgment motions on invalidity. Defendants have complied with the Scheduling Order in all respects and additionally have had numerous discussions with Plaintiff over the past three months regarding Defendants' intent to file motions for summary judgment of invalidity under Sections 102, 112, and/or other sections of Title 35 of the United States Code. Defendants understand that Plaintiff will oppose this motion.

This motion is based on this Notice of Motion, the attached Memorandum in Support of Motion for Summary Judgment of Invalidity Under Section 112(f), and the Declaration of Amanda Tessar. Federal law prohibits "means-plus-function" claim elements unless such claim elements appear in a claim "for a combination." 35 U.S.C. §112(f); *In re Hyatt*, 708 F.2d 712, 715 (Fed. Cir. 1983). In this case, Claims 1, 2, and 16 of the '604 patent are statutorily invalid because they claim a single element with functional language— "a means for configuring a logical table according to memory"—without combining that element with any other elements. Therefore, summary judgment of invalidity should be granted for Defendants on Claims 1, 2, and 16 of the '604 patent.

| | | |
|---|---|---|
| 1 | DATED: December 6, 2013. | Respectfully submitted, |
| 2 | | |
| 3 | | **PERKINS COIE LLP** |
| 4 | | By: *s/ Chad S. Campbell* |
| 5 | | Chad S. Campbell |
| | | Lauren Sliger |
| 6 | | Amanda Tessar (*pro hac vice*) |
| 7 | | |
| 8 | | *Attorneys for Defendants and Counterclaimants Microsoft Corporation, Fiserv, Inc., Intuit Inc., and Jack Henry & Associates, Inc.* |
| 9 | | |
| 10 | | |
| 11 | DATED: December 6, 2013. | **BROWN, WEGNER & BERLINER LLP** |
| 12 | | |
| 13 | | By: *s/ William J. Brown, Jr.* |
| | | William J. Brown, Jr. |
| 14 | | Janet S. Park |
| 15 | | *Attorneys for Defendant and Counterclaimant Sage Software, Inc.* |
| 16 | | |