Thomas J. Friel, Jr. (SBN 80065)
tfriel@cooley.com
COOLEY LLP
101 California Street, Fifth Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Jim Brogan (SBN 155906)
jbrogan@cooley.com
Orion Armon (pro hac vice)
oarmon@cooley.com
Sarah J. Guske (SBN 232467)
sguske@cooley.com
Peter Sauer (pro hac vice)
psauer@cooley.com
COOLEY LLP
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021
Phone: (720) 566-4000
Facsimile: (720) 566-4099

Attorneys for Plaintiff ENFISH, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFISH, LLC<br>Plaintiff,<br>v.<br><br>MICROSOFT CORPORATION; FISERV, INC.; INTUIT, INC.; SAGE SOFTWARE, INC.; and JACK HENRY & ASSOCIATES, INC.<br>Defendants. | Case No. CV12-7360 MRP (MRWx)<br><br>**DECLARATION OF LOUISE WANNIER** |

I, Louise Wannier, declare as follows:

1. I am one of the founders of Enfish, LLC, and a named inventor on the patents-in-suit.

2. I am knowledgeable concerning the origins, growth, and ultimate closure of the software company that I co-founded. In addition, I am knowledgeable concerning the database management technology needs identified by the founders of Enfish and the technologies created by Enfish to meet those needs. I am also knowledgeable concerning the interactions between Enfish and Microsoft that occurred during the early 2000's.

3. Beginning in 1993, the company invested millions of dollars in design and development of an innovative database management technology to meet our business needs.

4. In the mid-1990s, Enfish previewed a very early version of a product incorporating the DEXIS Engine at a trade show, Demo ‘95.

5. At this first public event, Enfish and its technology drew considerable interest.

6. In 1998 and 1999, we received a second round of venture financing from Intel Corporation, Black Diamond Ventures, Women’s Growth Capital Fund, and others, with a combined investment in excess of $6 million.

7. Enfish obtained an additional multimillion dollar investment from Spencer Trask in 2000.

8. These investments and others totaled approximately $32 million over the life of the company.

9. In 1998, Enfish released Enfish Tracker Pro, the first product it sold that was based on the inventive DEXIS Engine.

10. Among other product developments, Enfish Tracker Pro evolved into two distinct products: Enfish Find, a desktop search tool including the basic indexing and cross-referencing technology which enabled users to find their

information quickly; and Enfish Onespace (subsequently called Enfish Professional), a desktop workspace that automatically integrated information on a user's computer with relevant Internet information to enable the user to access all of the information from one convenient place.

11. Near the beginning of 2002, Enfish and Microsoft held discussions concerning how Enfish's technology might integrate with Microsoft's operating system.

12. Ultimately, Microsoft's Mr. Gordon Bell purchased 25 Enfish product licenses for Microsoft Research.

13. While no joint effort ever materialized between the businesses, I continued discussions with Mr. Bell and others he introduced me to until at least June of 2002. Some of these other people were senior Microsoft executives and senior technologists at Microsoft.

14. At no point during my discussions with various Microsoft executives and technical leaders did anyone from Microsoft suggest that Microsoft Excel 5.0 offered similar functionality to, or compete with, Enfish's product, or that they had already implemented Enfish's technology in the form of Excel. At no point during those discussions did anyone at Microsoft suggest that Excel could solve the problems that Enfish products solved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed by me on this 6th day of January, 2014 at Pasadena, California.

By: _/s/ Louise Wannier_______

Louise Wannier