| | |
|---|---|
| Chad S. Campbell (SBN 258723)<br>CSCampbell@perkinscoie.com<br>PERKINS COIE LLP<br>2901 North Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788<br>Telephone:  (602) 351-8000<br>Facsimile:  (602) 648-7000<br><br>Lara J. Dueppen (SBN 259075)<br>LDueppen@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA  90067-1721<br>Telephone:  (310) 788-3349<br>Facsimile:  (310) 788-3399<br><br>Amanda Tessar (*Pro Hac Vice*)<br>ATessar@perkinscoie.com<br>PERKINS COIE LLP<br>1900 Sixteenth St., Suite 1400<br>Denver, CO  80202<br>Telephone:  (303) 291-2357<br>Facsimile:  (303) 291-2487<br><br>*Attorneys for Defendants and Counterclaimants Microsoft Corporation, Intuit Inc., and Jack Henry & Associates, Inc.* | William J. Brown, Jr. (SBN 192950)<br>bill@bwmllp.com<br>Lily Y. Li (SBN 281922)<br>lli@bwmllp.com<br>BROWN WEGNER McNAMARA LLP<br>2603 Main Street, Suite 1050<br>Irvine, CA  92614<br>Telephone:  (949) 705-0080<br>Facsimile:  (949) 794-4099<br><br>*Attorneys for Defendant and Counterclaimant Sage Software, Inc.* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENFISH, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>MICROSOFT CORPORATION; FISERV, INC.; INTUIT, INC.; SAGE SOFTWARE, INC.; and JACK HENRY & ASSOCIATES, INC.,<br><br>              Defendants. | Case No.  CV12-7360 MRP (MRWx)<br><br>**NOTICE OF MOTION AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101**<br><br>Date:       October 9, 2014<br>Time:      1:30 P.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on October 9, 2014, at 1:30 p.m. in Courtroom 12, located at 312 N. Spring Street, Lost Angeles, California, Defendants Microsoft Corporation, Intuit Inc., Jack Henry & Associates, Inc., and Sage Software, Inc. (collectively, "Defendants") will and hereby do move the Court for summary judgment of invalidity under 35 U.S.C. § 101.

Defendants have filed this motion pursuant to the Court's scheduling order dated August 22, 2014 (Dkt. 297).

This motion is based on this Notice of Motion, the accompanying Opening Brief and Motion for Summary Judgment of Invalidity under 35 U.S.C. § 101, the Statement of Facts and Conclusions of Law in support of the motion, and the declaration of Elizabeth Banzhoff with its attached exhibits.

The asserted claims of U.S. Patents Nos. 6,151,604 and 6,163,775 are ineligible to patent under 35 U.S.C. § 101 because they are directed to abstract ideas and do not otherwise claim patent-eligible subject matter.

DATED:  September 5, 2014                     Respectfully submitted,

**PERKINS COIE LLP**

By:  *s/ Chad S. Campbell*
    Chad S. Campbell
    Amanda Tessar (*pro hac vice*)
    Lara J. Dueppen

*Attorneys for Defendants and Counterclaimants Microsoft Corporation, Intuit Inc., and Jack Henry & Associates, Inc.*

| | | |
|---|---|---|
| 1 | DATED: September 5, 2014 | **BROWN WEGNER McNAMARA LLP** |
| 2 | | |
| 3 | | By: *s/ William J. Brown, Jr.* |
| | | William J. Brown, Jr. |
| 4 | | Lily Y. Li |
| 5 | | *Attorneys for Defendant and* |
| 6 | | *Counterclaimant Sage Software, Inc.* |

123397996.1