UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES - GENERAL</u>

**CASE NO(S):**                                                                                                    Date: October 9, 2014

**LA12CV07360-MRP (MRWx) ENFISH LLC v. MICROSOFT CORPORATION, ET AL.**
==========================================================================
PRESENT:   <u>THE  HONORABLE  MARIANA  R.  PFAELZER,  SENIOR  U.S.  DISTRICT  JUDGE</u>

| <u>Isabel Martinez</u> | <u>Rosalyn Adams</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:                ATTORNEYS PRESENT FOR DEFENDANTS:

|  |  |
|---|---|
|  | CHAD S. CAMPBELL |
| JAMES P. BROGAN | JONATHAN D. ALLRED |
| MATTHEW J. LEARY | WILLAIM J. BROWN, JR. |
|  | AMANDA J. TESSAR |
|  | THEODORE H. WIMSATT |

**PROCEEDINGS:**   **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AS TO CLAIM 17 (fld 6-6-14; doc#262)**

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY UNDER 35 U.S.C. § 101 (fld 9-5-14; doc#298)**

The case is called and appearances are made.  Court hears from counsel.  The Court takes the motions under submission.  Order to follow.